THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT

By: Katherine M. Perhach
     United States Bankruptcy Judge

DATED:   July 12, 2021



Katherine M. Perhach
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE:   Brittany N. Khatib,                    Case No. 21–21913–kmp

                            Debtor.              Chapter  7

### ORDER CLOSING THE CHAPTER 7 CASE

    The chapter 7 trustee filed a Report of No Distribution that constitutes a final account of the administration of the estate, as required by 11 U.S.C. §704(a)(9), and has certified that the estate has been fully administered. The court received no objection within the time period prescribed by Fed. R. Bankr. P. 5009.

    IT IS THEREFORE ORDERED that the trustee's bond is released, the trustee is discharged, and the chapter 7 case is closed.

#####